UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHARLES L. STEVENSON,

    Plaintiff,

    v.

M. JONES,

    Defendant.

Case No. 15-cv-05241-SI

**ORDER EXTENDING DEADLINES**

Re: Dkt. No. 11

Defendant has filed a request for an extension of the deadline to file his motion for summary judgment or other dispositive motion. Upon due consideration of the request and the accompanying declaration of attorney Renee Erickson, the court GRANTS the request. (Docket No. 11.) The court now sets the following new briefing schedule: Defendant must file and serve his motion for summary judgment or other dispositive motion no later than **October 28, 2016**. Plaintiff must file and serve on defense counsel his opposition to the motion no later than **November 25, 2016**. Defendant must file and serve his reply brief (if any) no later than **December 9, 2016.**

    **IT IS SO ORDERED**.

Dated: August 12, 2016

_____
SUSAN ILLSTON
United States District Judge