UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES L. STEVENSON,<br>　　　　Plaintiff,<br>　　v.<br>M. JONES,<br>　　　　Defendant. | Case No. 15-cv-05241-SI<br><br>**JUDGMENT** |

Judgment is now entered in favor of defendant and against plaintiff on all of plaintiff's claims.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: May 30, 2017

_____
SUSAN ILLSTON
United States District Judge