UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES L. STEVENSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>M. JONES,<br><br>　　　　Defendant. | Case No. 15-cv-05241-SI<br><br>**ORDER DENYING MOTION TO AMEND OPPOSITION TO SUMMARY JUDGMENT**<br><br>Re: Dkt. No. 44 |

On May 30, 2017, the court granted defendants' motion for summary judgment and entered judgment against plaintiff. On June 14, 2017, plaintiff filed a motion to alter or amend the judgment, which the court construed to be a motion under Federal Rule of Civil Procedure 59(e), and denied the motion. Plaintiff now returns with a document labeled as an "opposition to motion to dismiss, motion for leave to amend opposition to summary of judgments." Docket No. 44. The motion offers no new evidence and instead is just further unconvincing argument against defendant's motion for summary judgment. Plaintiff's motion to amend his opposition to the already-granted motion for summary judgment is DENIED. Docket No. 44.

**IT IS SO ORDERED**.

Dated:

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　United States District Judge