UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHARLES L. STEVENSON,

    Plaintiff,

v.

M. JONES,

    Defendant.

Case No. 15-cv-05241-SI

**ORDER**

Re: Dkt. No. 48

Plaintiff has filed a "motion to reverse amended judgment [and] appoint counsel." This is his fourth effort to set aside the order granting defendants' motion for summary judgment and the judgment entered thereon five months ago. Many of the sentences in plaintiff's motion are random legal phrases devoid of meaning in the context in which made; of the sentences the court understands, none show entitlement to relief from the judgment. The court will not appoint counsel in an already-closed action, such as this one. Plaintiff's motion to reverse amended judgment and appoint counsel is DENIED. Docket No. 48.

    **IT IS SO ORDERED**.

Dated: October 10, 2017

                                                      SUSAN ILLSTON
                                                      United States District Judge